United States District Court
Southern District of Texas
**ENTERED**
March 01, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLARA NEWSOME, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-16-309 |
| § | |
| STATE FARM LLOYDS and ERIC D. § | |
| THIBAULT, § | |
| § | |
| Defendants. § | |

# ORDER

Clara Newsome and State Farm Lloyds filed an agreed motion to abate the case pending appraisal. (Docket Entry No. 8). The motion is granted. This case is abated and stayed and administratively closed pending the appraisal. Any party may move to reinstate the case to the active docket by filing a motion no later than 14 days after the appraisal is completed.

SIGNED on March 1, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge