United States District Court
Southern District of Texas
**ENTERED**
December 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLARA NEWSOME | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-00309 |
| | § | |
| STATE FARM LLOYDS AND ERIC D. THIBAULT | § | |
| | § | |
| *Defendants* | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR NONSUIT WITHOUT PREJUDICE

BE IT REMEMBERED that on this date came on to be heard Plaintiff Clara Newsome's Motion for Nonsuit without Prejudice in the above entitled and numbered cause of action. After consideration of same, the Court is of the opinion that the Motion has merit and should be, in all things, granted. It is therefore,

ORDERED that Plaintiff Clara Newsome's Motion for Nonsuit is hereby GRANTED. It is further

ORDERED that Plaintiff Clara Newsome's claims against all Defendants are hereby nonsuited without prejudice.

SIGNED on this the _15th_ day of _December_, 2016.

_____
JUDGE PRESIDING

1